THOMAS J. BOIS, II (Bar No. 110250)
JAMES C. MACDONALD (Bar No. 175760)
BOIS & MACDONALD
2030 Main Street, Suite 660
Irvine, CA 92614
Telephone: (949) 660-0011;
Facsimile: (949) 660-0022
Email:  tbois@boismac.com
            jmacdonald@boismac.com
Attorneys for Plaintiff 3381 KATELLA AVENUE, LLC, a California Limited Liability Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3381 KATELLA AVENUE, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>9980 GRINDLAY PARTNERS; MARK F. WARDLE; BETTY L. WARDLE; SCOTT AVENT; DIANNA RANDAZZO; ALISSA BASHMAKIAN; HAGOP BASHMAKIAN; ARTASHES BASHMAKIAN; HRATCH BASHMAKIAN;  JOHN F. ROBINSON; CLARA J. ROBINSON; LOS ALAMITOS MANAGEMENT COMPANY, INC.; BERT BERNHEIM; BERNHEIM ASSOCIATES; GRANADA ONE HOUR CLEANERS; JOHN ROBERTSON dba GRANADA ONE HOUR CLEANERS; KWANG IN LIM dba GRANADA ONE HOUR CLEANERS; SANG SOO NE dba | CASE NO:  8:15-CV-01471-CJC-JCGx<br><br>HON. CORMAC J. CARNEY<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL AS TO ALL REMAINING DEFENDANTS<br><br>Action Filed:  September 9, 2015<br>Trial Date:      February 20, 2018 |

1

33915   Stipulation and [Proposed] Order Re Dismissal With Prejudice

|  |  |
|---|---|
| **GRANADA ONE HOUR CLEANERS;** <br> **and DOES 1 – 50, inclusive.** <br><br> **Defendants.** <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY STIPULATED AND AGREED that pursuant to a settlement agreement entered between Plaintiff 3381 KATELLA AVENUE, LLC ("3381 Katella") and Defendants 9980 GRINDLAY PARTNERS; MARK F. WARDLE, an individual; BETTY L. WARDLE, an individual; and Scott Avent, an individual (collectively, "Defendants"); 3381 Katella hereby dismisses with prejudice its complaint in its entirety against Defendants, as well as all remaining non-settling defendants pursuant to Federal Rules of Civil Procedure 41 (a)(2).  Each party further stipulates and agrees that they shall waive all costs of litigation.

**IT IS SO STIPULATED**

Dated:  February 18, 2020          BOIS & MACDONALD

                                                          By: */s/ James C. Macdonald*
                                                                  James C. Macdonald
                                                                  Thomas J. Bois, II
                                                                  Attorneys for Plaintiff
                                                                  3381 Katella Avenue, LLC


Dated:  February 18, 2020          LEWIS, BRISBOIS, BISGAARD
                                                      & SMITH, LLP


                                                          By:  __*/s/ Jeremiah P. Webb*
                                                                  Jeremiah P. Webb
                                                                  Robert W. Farrell
                                                                  Defendants 9980 Grindlay Partners,
                                                                  Mark F. Wardle, Betty L. Wardle, and
                                                                  Scott Avent

## CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES

I, James C. Macdonald, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Re Stay In Litigation and One Year Continuance of Trial Date. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

*/s/ James C. Macdonald*
James C. Macdonald