UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3381 KATELLA AVENUE, LLC, a California Limited Liability Company | CASE NO: 8:15-CV-01471-CJC-JCGx |
| Plaintiff, | HON. CORMAC J. CARNEY |
| vs. | ORDER RE DISMISSAL WITH PREJUDICE |
| 9980 GRINDLAY PARTNERS; MARK F. WARDLE; BETTY L. WARDLE; SCOTT AVENT; DIANNA RANDAZZO; ALISSA BASHMAKIAN; HAGOP BASHMAKIAN; ARTASHES BASHMAKIAN; HRATCH BASHMAKIAN; JOHN F. ROBINSON; CLARA J. ROBINSON; LOS ALAMITOS MANAGEMENT COMPANY, INC.; BERT BERNHEIM; BERNHEIM ASSOCIATES; GRANADA ONE HOUR CLEANERS; JOHN ROBERTSON dba GRANADA ONE HOUR CLEANERS; KWANG IN LIM dba GRANADA ONE HOUR CLEANERS; SANG SOO NE dba | Action Filed: September 9, 2015<br>Trial Date: February 20, 2018 |

|  |  |
|---|---|
| **GRANADA ONE HOUR CLEANERS;** and **DOES 1 – 50, inclusive.**  **Defendants.** | ) ) ) ) ) ) ) |

For the reasons articulated in the Parties' Stipulation filed concurrently with their proposed order, the Court orders the above-captioned action and all parties thereto dismissed with prejudice, with all parties to bear their own costs of litigation.

**IT IS SO ORDERED**.

DATED: February 19, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT